IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| **FREEDOM ARMS, INC.** | § | |
| | § | |
| Debtor | § | |
| _____ | § | |
| **HARRY CARLSON**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. **3:11-CV-611-L** |
| | § | [Adversary No. 11-3075-bjh] |
| **FREEDOM ARMS, INC., RAY'S** | § | |
| **HARDWARE & SPORTING GOODS,** | § | |
| **INC., and RENO MADSEN**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is Defendant Ray's Hardware & Sporting Goods' Motion to Withdraw the Reference of Adversary Proceeding No. 11-3075 to the United States District Court Pursuant to 28 U.S.C. § 157(d), filed March 25, 2011. United States Bankruptcy Judge Barbara J. Houser entered her Report and Recommendation to the District Court ("Report") on May 11, 2011, with respect to Ray Hardware's motion. No objections were filed to the Report.

The bankruptcy judge recommends that the court deny the motion because the relief requested is moot, in light of the bankruptcy court's rulings on Plaintiff's motions for severance and remand. After reviewing the Report and record, the court finds the bankruptcy judge's recommendation to be well taken. The court therefore adopts the findings and conclusions of the bankruptcy judge. Defendant Ray's Hardware & Sporting Goods' Motion to Withdraw the

Order – Page 1

Reference of Adversary Proceeding No. 11-3075 to the United States District Court Pursuant to 28 U.S.C. § 157(d) is **denied**.

**It is so ordered** this 31st day of May, 2011.

Sam A. Lindsay
United States District Judge